1  ROBERT S. LARSEN, ESQ.
   Nevada Bar No. 7785
2  WING YAN WONG, ESQ.
   Nevada Bar No. 13622
3  GORDON REES SCULLY MANSUKHANI, LLP
   300 South Fourth Street, Suite 1550
4  Las Vegas, Nevada 89101
   Telephone: (702) 577-9300
5  Facsimile: (702) 255-2858
   E-Mail: rlarsen@grsm.com
6          wwong@grsm.com

7  *Attorneys for Palm Hills Homeowners Association, Inc.*

8

UNITED STATES DISTRICT COURT

9

DISTRICT OF NEVADA

10

| | |
|---|---|
| WELLS FARGO BANK, N.A., | ) Case No.: 2:17-cv-01604-APG-GWF |
| Plaintiff, | ) |
| vs. | ) **STIPULATION AND ORDER TO** |
| | ) **EXTEND TIME FOR PALM** |
| | ) **HILLS HOMEOWNERS** |
| SATICOY BAY LLC SERIES 43 PANGLOSS; | ) **ASSOCIATION TO FILE** |
| ABSOLUTE COLLECTION SERVICES, LLC; | ) **RESPONSE TO COMPLAINT** |
| PALM HILLS HOMEOWNERS ASSOCIATION, | ) **(ECF NO. 1)** |
| INC. | ) |
| | ) **(First Request)** |
| Defendants. | ) |
| | ) |

Gordon Rees Scully Mansukhani, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

Pursuant to Local Rules IA 6-1, IA 6-2, and LR 7-1, Plaintiff Wells Fargo Bank, N.A.

and Defendant Palm Hills Homeowners Association, by and through their attorneys of record,

stipulate as follows:

1.     This is the first stipulation for extension of time to allow Defendant Palm Hills

Homeowners Association ("Palm Hills") to respond to the Complaint filed by Plaintiff Wells

Fargo Bank, N.A. ("Wells Fargo") (ECF No. 1).

2.     Wells Fargo filed the Complaint against Palm Hills on June 8, 2017.

3.     The following day on June 9, 2017, the Court issued an Order Staying Case. ECF

No. 9.

4.     The Court recently issued an Order Granting Defendant Saticoy Bay LLC Series

43 Pangloss' Motion to Lift Stay. ECF No. 19.

5.      In the Order, the Court required the parties to meet and confer regarding discovery as well as issues the parties intend to raise in any dispositive motion the parties anticipate filing within the next 90 days.  *Id.*

6.      Wells Fargo and Palm Hills have had an initial conference and anticipate will require another conference to discuss issues to be raised in any dispositive motion which Palm Hills may file.

7.      As this action was stayed nearly immediately upon the filing of the Complaint, and Wells Fargo and Palm Hills continue to discuss whether there is any need to file any dispositive motions as between these parties, Wells Fargo and Palm Hills stipulate that Palm Hills will have until **May 24, 2019** to file a response to the Complaint.

DATED:  May 13, 2019

SNELL & WILMER LLP


*/s/ Nathan G. Kanute*
Jeffrey Willis, Esq.
Nevada Bar No. 4797
Nathan G. Kanute, Esq.
Nevada Bar No. 12413
50 W. Liberty St., Ste. 510
Reno, NV 89501

*Attorneys for Plaintiff Wells Fargo Bank, N.A.*

DATED:  May 13, 2019

GORDON REES SCULLY
MANSUKHANI, LLP


*/s/ Wing Yan Wong*
Robert S. Larsen, Esq.
Nevada Bar No. 7785
Wing Yan Wong, Esq.
Nevada Bar No. 13622
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89101

*Attorneys for Palm Hills Homeowners*


**IT IS SO ORDERED:**

**UNITED STATES MAGISTRATE JUDGE**

**DATED:**  May 14, 2019