ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
WING YAN WONG, ESQ.
Nevada Bar No. 13622
GORDON REES SCULLY MANSUKHANI, LLP
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9300
Facsimile: (702) 255-2858
E-Mail: rlarsen@grsm.com
       wwong@grsm.com

*Attorneys for Palm Hills Homeowners Association, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., | Case No.: 2:17-cv-01604-APG-GWF |
| Plaintiff, | |
| vs. | **JOINT MOTION FOR ORDER TO EXTEND TIME FOR PALM HILLS HOMEOWNERS ASSOCIATION TO FILE RESPONSE TO COMPLAINT (ECF NO. 1)** |
| SATICOY BAY LLC SERIES 43 PANGLOSS; ABSOLUTE COLLECTION SERVICES, LLC; PALM HILLS HOMEOWNERS ASSOCIATION, INC. | |
| Defendants. | **(Second Request)** |

Pursuant to Local Rules IA 6-1, IA 6-2, and LR 7-1, Plaintiff Wells Fargo Bank, N.A., Defendant Saticoy Bay LLC Series 43 Pangloss, and Defendant Palm Hills Homeowners Association,[1] by and through their attorneys of record, stipulate as follows:

1. This is the second stipulation for extension of time to allow Defendant Palm Hills Homeowners Association ("Palm Hills") to respond to the Complaint filed by Plaintiff Wells Fargo Bank, N.A. ("Wells Fargo") (ECF No. 1).

2. Wells Fargo filed the Complaint against Palm Hills on June 8, 2017.

3. The following day on June 9, 2017, the Court issued an Order Staying Case. ECF No. 9.

---
[1] Absolute Collection Services, LLC has not appeared in this action.

-1-

4. The Court recently issued an Order Granting Defendant Saticoy Bay LLC Series 43 Pangloss' Motion to Lift Stay. ECF No. 19.

5. In the Order, the Court required the parties to meet and confer regarding discovery as well as issues the parties intend to raise in any dispositive motion the parties anticipate filing within the next 90 days. *Id*.

6. The Court previously granted a stipulation to allow Palm Hills additional time, until May 24, 2019, to file a response to the Complaint as the two parties were engaging in on-going meet and confer to discuss the basis for Palm Hills' anticipated motion to dismiss the Complaint. ECF No. 23.

7. Counsel for Wells Fargo and Palm Hills now have had two conferences to discuss issues to be raised in any dispositive motion which Palm Hills may file. The parties believe a final conference may be beneficial to determine whether a motion to dismiss by Palm Hills will be necessary or appropriate.

8. For these reasons, Wells Fargo and Palm Hills stipulate that Palm Hills will have an additional two weeks, until **June 7, 2019,** to file a response to the Complaint.

DATED: May 23, 2019

SNELL & WILMER LLP

*/s/ Nathan G. Kanute*
Jeffrey Willis, Esq.
Nevada Bar No. 4797
Nathan G. Kanute, Esq.
Nevada Bar No. 12413
50 W. Liberty St., Ste. 510
Reno, NV 89501

*Attorneys for Plaintiff Wells Fargo Bank, N.A.*

DATED: May 23, 2019

GORDON REES SCULLY MANSUKHANI, LLP

*/s/ Wing Yan Wong*
Robert S. Larsen, Esq.
Nevada Bar No. 7785
Wing Yan Wong, Esq.
Nevada Bar No. 13622
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89101

*Attorneys for Palm Hills Homeowners*

DATED: May 23, 2019

MICHAEL F. BOHN, ESQ., LTD.


*/s/ Adam R. Trippiedi*
Michael F. Bohn, Esq.
Nevada Bar No. 1641
Adam R. Trippiedi, Esq.
Nevada Bar No. 12294
376 E. Warm Springs Road, Suite 140
Las Vegas, NV 89119

*Attorneys for Defendant Saticoy Bay LLC Series 43 Pangloss*

**IT IS SO ORDERED:**

*George Foley Jr.*
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** May 28, 2019