Jeffrey Willis, Esq. (NV Bar No. 4797)
Nathan G. Kanute, Esq. (NV Bar No. 12413)
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, NV 89501-1961
Telephone: (775) 785-5440
Facsimile: (775) 785-5441
Email: jwillis@swlaw.com
      nkanute@swlaw.com

*Attorneys for Plaintiff and Counter-Defendant
Nationstar Mortgage LLC d/b/a Champion
Mortgage Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY;<br><br>Plaintiff,<br><br>vs.<br><br>SATICOY BAY LLC SERIES 43 PANGLOSS; ABSOLUTE COLLECTION SERVICES, LLC; PALM HILLS HOMEOWNERS ASSOCIATION, INC.;<br><br>Defendants. | Case No.: 2:17-cv-01604-APG-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSE TO PALM HILLS HOMEOWNERS ASSOCIATION, INC.'S MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |
| SATICOY BAY LLC SERIES 43 PANGLOSS,<br><br>Counterclaimant,<br><br>vs.<br><br>NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY,<br><br>Counterdefendant. | |

Plaintiff and Counter-Defendant Nationstar Mortgage LLC d/b/a Champion Mortgage Company ("Nationstar") together with Defendants Absolute Collection Services, LLC ("ACS"), and Palm Hills Homeowners Association, Inc. (the "HOA", and jointly with Plaintiff/Counter-Defendant and ACS, the "Parties") respectfully request the Court enter an order, pursuant to

Snell & Wilmer
L.L.P.
LAW OFFICES
50 WEST LIBERTY STREET, SUITE 510
RENO, NEVADA 89501-1961
(775) 785-5440

Local Rule IA 6-1, extending the deadline for Plaintiff to file its response to the HOA's Motion to Dismiss (ECF No. 38) (the "Motion"). The current deadline for Plaintiff/Counter-Defendant's response to the Motion is July 15, 2019, and has not expired. The Parties seek an extension until July 29, 2019.

This is the Parties' first request to extend the deadline for filing a response to the HOA's Motion and is not made for any deleterious purposes or to unnecessarily delay these proceedings. Rather, the Parties seek this extension in good faith. Plaintiff's/Counter-Defendant's counsel was out of the office during the holiday week when the Motion was filed and is just returning to the office. Plaintiff's/Counter-Defendant's counsel will need additional time to review the Motion, confer with its client, and have any necessary discussions with counsel for Defendants. Therefore, the Parties stipulate to extend the deadline for filing any response to the HOA's Motion until July 29, 2019, and respectfully request the Court enter an order approving this extension.

Dated this 8th day of July, 2019.

SNELL & WILMER L.L.P.

By: /s/ Nathan G. Kanute
    Jeffrey Willis (No. 4797)
    Nathan G. Kanute (No. 12413)
    50 W. Liberty St., Ste 510
    Reno, NV 89501-1961
    *Attorneys for Nationstar Mortgage LLC*
    *d/b/a Champion Mortgage Company*

GORDON REES SCULLY MANSUKHANI, LLP

By: /s/ Wing Yan Wong (with permission)
    Robert S. Larsen (No. 7785)
    Wing Yan Wong (No. 13622)
    300 So. Fourth Street, Suite 1550
    Las Vegas, NV 89101
    *Attorneys for Palm Hills HOA*

ABSOLUTE COLLECTION SERVICES, LLC

By: /s/ Shane D. Cox (with permission)
    Shane D. Cox (No. 13852)
    8440 W. Lake Mead Blvd., Ste. 210
    Las Vegas, NV 89128
    *Attorney for Absolute Collection Services, LLC*

**IT IS SO ORDERED**.

_____
UNITED STATES DISTRICT JUDGE
Dated: July 8, 2019.