Jeffrey Willis, Esq. (NV Bar No. 4797)
Nathan G. Kanute, Esq. (NV Bar No. 12413)
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, NV 89501-1961
Telephone: (775) 785-5440
Facsimile: (775) 785-5441
Email: jwillis@swlaw.com
       nkanute@swlaw.com

*Attorneys for Plaintiff and Counter-Defendant Nationstar Mortgage LLC d/b/a Champion Mortgage Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY;<br><br>Plaintiff,<br><br>vs.<br><br>SATICOY BAY LLC SERIES 43 PANGLOSS; ABSOLUTE COLLECTION SERVICES, LLC; PALM HILLS HOMEOWNERS ASSOCIATION, INC.;<br><br>Defendants.<br><br>SATICOY BAY LLC SERIES 43 PANGLOSS,<br><br>Counterclaimant,<br><br>vs.<br><br>NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY,<br><br>Counterdefendant. | Case No.: 2:17-cv-01604-APG-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSE TO SATICOY BAY LLC SERIES 43 PANGLOSS'S MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

Nationstar Mortgage LLC d/b/a Champion Mortgage Company ("Nationstar"), Saticoy Bay LLC Series 43 Pangloss ("Saticoy"), Absolute Collection Services, LLC ("ACS"), and Palm Hills Homeowners Association, Inc. (the "HOA", and jointly with Nationstar, Saticoy, and ACS, the "Parties") respectfully request the Court enter an order, pursuant to Local Rule IA 6-1, extending

- 1 -

Snell & Wilmer
L.L.P.
LAW OFFICES
50 WEST LIBERTY STREET, SUITE 510
RENO, NEVADA 89501-1961
(775) 785-5440

the deadline for Nationstar to file its response to Saticoy's Motion to Dismiss (ECF No. 44) (the "Motion"). The current deadline for Nationstar's response is July 23, 2019, and has not expired. The Parties seek an extension until July 29, 2019.

This is the Parties' first request to extend the deadline for filing a response to Saticoy's Motion and is not made for any deleterious purposes or to unnecessarily delay these proceedings. Rather, the Parties seek this extension in good faith as a courtesy to Nationstar and to coordinate briefing on the HOA's Motion to Dismiss to which Nationstar's response is also due July 29, 2019. In an effort to conserve resources and coordinate briefing, the Parties stipulate to extend the deadline for filing any response to Saticoy's Motion until July 29, 2019, and respectfully request the Court enter an order approving this extension.

Dated this 18th day of July, 2019.

| | |
|---|---|
| SNELL & WILMER L.L.P.<br><br>By: /s/ Nathan G. Kanute<br>Jeffrey Willis (No. 4797)<br>Nathan G. Kanute (No. 12413)<br>50 W. Liberty St., Ste 510<br>Reno, NV 89501-1961<br>*Attorneys for Nationstar Mortgage LLC d/b/a Champion Mortgage Company* | GORDON REES SCULLY MANSUKHANI, LLP<br><br>By: /s/ Wing Yan Wong (with permission)<br>Robert S. Larsen (No. 7785)<br>Wing Yan Wong (No. 13622)<br>300 So. Fourth Street, Suite 1550<br>Las Vegas, NV 89101<br>*Attorneys for Palm Hills HOA* |
| ABSOLUTE COLLECTION SERVICES, LLC<br><br>By: /s/ Shane D. Cox (with permission)<br>Shane D. Cox (No. 13852)<br>8440 W. Lake Mead Blvd., Ste. 210<br>Las Vegas, NV 89128<br>*Attorney for Absolute Collection Services, LLC* | LAW OFFICES OF MICHAEL F. BOHN<br><br>By: /s/ Michael F. Bohn (with permission)<br>Michael F. Bohn (No. 1641)<br>Adam R. Trippiedi (No. 12294)<br>2260 Corporate Circle, Suite 480<br>Henderson, NV 89074<br>*Attorneys for Saticoy Bay LLC* |

**IT IS SO ORDERED**.

_____
UNITED STATES DISTRICT JUDGE

Dated: July 22, 2019.