Jeffrey Willis, Esq. (NV Bar No. 4797)
Nathan G. Kanute, Esq. (NV Bar No. 12413)
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, NV 89501-1961
Telephone: (775) 785-5440
Facsimile: (775) 785-5441
Email: jwillis@swlaw.com
nkanute@swlaw.com

*Attorneys for Plaintiff and Counter-Defendant
Nationstar Mortgage LLC d/b/a Champion
Mortgage Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY;<br><br>Plaintiff,<br><br>vs.<br><br>SATICOY BAY LLC SERIES 43 PANGLOSS; ABSOLUTE COLLECTION SERVICES, LLC; PALM HILLS HOMEOWNERS ASSOCIATION, INC.;<br><br>Defendants.<br><hr>SATICOY BAY LLC SERIES 43 PANGLOSS,<br><br>Counterclaimant,<br><br>vs.<br><br>NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY,<br><br>Counterdefendant. | Case No.: 2:17-cv-01604-APG-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES TO FILE REPLIES TO NATIONSTAR'S RESPONSES TO (I) SATICOY BAY LLC SERIES 43 PANGLOSS'S MOTION TO DISMISS AND (II) PALM HILLS HOMEOWNERS ASSOCIATION, INC.'S MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

Nationstar Mortgage LLC d/b/a Champion Mortgage Company ("Nationstar"), Saticoy Bay LLC Series 43 Pangloss ("Saticoy"), Absolute Collection Services, LLC ("ACS"), and Palm

- 1 -

Hills Homeowners Association, Inc. (the "HOA", and jointly with Nationstar, Saticoy, and ACS, the "Parties") respectfully request the Court enter an order, pursuant to Local Rule IA 6-1, extending the deadlines for Saticoy and the HOA to file replies to Nationstar's responses to their respective motions to dismiss (ECF No. 44 and 38). The current deadlines for Saticoy's and the HOA's replies are August 5, 2019, and have not expired. The Parties seek an extension until August 19, 2019.

This is the Parties' first request to extend the deadlines for Saticoy and the HOA to file replies to Nationstar's responses and is not made for any deleterious purposes or to unnecessarily delay these proceedings. Rather, the Parties seek this extension in good faith to coordinate briefing on Saticoy and the HOA's motions to dismiss and to continue their discussions regarding the potential to resolve this matter. Accordingly, the Parties stipulate to extend the deadlines for Saticoy and the HOA to file their replies in support of their respective motions to dismiss to August 19, 2019, and respectfully request the Court enter an order approving this extension.

Dated this 1st day of August, 2019.

SNELL & WILMER L.L.P.

By: /s/Nathan G. Kanute
Jeffrey Willis (No. 4797)
Nathan G. Kanute (No. 12413)
50 W. Liberty St., Ste 510
Reno, NV 89501-1961
*Attorneys for Nationstar Mortgage LLC d/b/a Champion Mortgage Company*

ABSOLUTE COLLECTION SERVICES, LLC

By: /s/Shane D. Cox (with permission)
Shane D. Cox (No. 13852)
8440 W. Lake Mead Blvd., Ste. 210
Las Vegas, NV 89128
*Attorney for Absolute Collection Services, LLC*

GORDON REES SCULLY MANSUKHANI, LLP

By:/s/Wing Yan Wong (with permission)
Robert S. Larsen (No. 7785)
Wing Yan Wong (No. 13622)
300 So. Fourth Street, Suite 1550
Las Vegas, NV 89101
*Attorneys for Palm Hills HOA*

LAW OFFICES OF MICHAEL F. BOHN

By:/s/Michael F. Bohn (with permission)
Michael F. Bohn (No. 1641)
Adam R. Trippiedi (No. 12294)
2260 Corporate Circle, Suite 480
Henderson, NV 89074
*Attorneys for Saticoy Bay LLC*

**IT IS SO ORDERED**.

_____
UNITED STATES DISTRICT JUDGE
Dated: August 1, 2019.