# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC, | Case No.: 2:17-cv-01604-APG-EJY |
| Plaintiff | **Order Denying Pending Motions as Moot** |
| v. | [ECF Nos. 38, 44] |
| SATICOY BAY LLC SERIES 43 PANGLOSS, et al., | |
| Defendants | |

In light of the parties' status report indicating they have settled this matter (ECF No. 58), I ORDER that the pending motions to dismiss **(ECF Nos. 38, 44) are DENIED as moot**.

DATED this 10th day of March, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE