# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>  Plaintiff<br><br>v.<br><br>SATICOY BAY LLC SERIES 43 PANGLOSS, et al.,<br><br>  Defendants | Case No.: 2:17-cv-01604-APG-EJY<br><br>**Order for Stipulation of Dismissal or Status Report** |

In August 2019, the parties advised the court that they had settled this matter. ECF No. 53. In January 2020, the parties indicated that they would submit a stipulation of dismissal or a status report by March 9, 2020. ECF No. 58. They have not filed anything since then.

I THEREFORE ORDER that the parties shall file a stipulation of dismissal or a status report on or before May 22, 2020. The failure to do so may result in sanctions or dismissal of the case without further notice.

DATED this 4th day of May, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE