# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC, | Case No.: 2:17-cv-01604-APG-EJY |
| Plaintiff | **Order for Stipulation of Dismissal or Status Report** |
| v. | |
| SATICOY BAY LLC SERIES 43 PANGLOSS, et al., | |
| Defendants | |

In August 2019, the parties advised the court that they had settled this matter. ECF No. 53. In January 2020, the parties indicated that they would submit a stipulation of dismissal or a status report by March 9, 2020. ECF No. 58. When no stipulation or status report was filed, I directed the parties to file a stipulation or status report by May 22, 2020. ECF No. 60. The parties responded by indicating that they anticipated filing a stipulation or status report by the end of May or early June. ECF No. 61. Nothing has been filed.

I THEREFORE ORDER that the parties shall file a stipulation of dismissal or a status report on or before July 17, 2020. The failure to do so may result in sanctions or dismissal of the case without further notice.

DATED this 2nd day of July, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE