Jeffrey Willis, Esq. (NV Bar No. 4797)
Nathan G. Kanute, Esq. (NV Bar No. 12413)
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, NV 89501-1961
Telephone: (775) 785-5440
Facsimile: (775) 785-5441
Email: jwillis@swlaw.com
         nkanute@swlaw.com

*Attorneys for Plaintiff and Counter-Defendant
Nationstar Mortgage LLC d/b/a Champion
Mortgage Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY;<br><br>Plaintiff,<br><br>vs.<br><br>SATICOY BAY LLC SERIES 43 PANGLOSS; ABSOLUTE COLLECTION SERVICES, LLC; PALM HILLS HOMEOWNERS ASSOCIATION, INC.;<br><br>Defendants. | Case No.:  2:17-cv-01604-APG-EJY<br><br><br>**STIPULATION AND ORDER TO DISMISS LITIGATION WITH PREJUDICE** |
| SATICOY BAY LLC SERIES 43 PANGLOSS,<br><br>Counterclaimant,<br><br>vs.<br><br>NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY,<br><br>Counterdefendant. | |

Plaintiff/Counter-Defendant Nationstar Mortgage LLC d/b/a Champion Mortgage Company ("Nationstar"), Defendant/Counter-Claimant Saticoy Bay LLC Series 43 Pangloss ("Saticoy"), and Defendant Palm Hills Homeowners Association, Inc. ("Palm Hills", and jointly

- 1 -

with Nationstar and Saticoy, the "Parties"), hereby stipulate, by and through their respective counsel, that all claims in this action by and between all litigants be dismissed with prejudice, including those claims asserted against Absolute Collection Services, LLC, which is not represented in this litigation and is not a signatory to this stipulation and order. Each Party shall bear its own costs and fees.

Dated this 11th day of August, 2020.

SNELL & WILMER L.L.P.

By: /s/ Nathan G. Kanute
　　Jeffrey Willis (No. 4797)
　　Nathan G. Kanute (No. 12413)
　　50 W. Liberty St., Ste 510
　　Reno, NV 89501-1961
　　*Attorneys for Nationstar Mortgage LLC*
　　*d/b/a Champion Mortgage Company*

GORDON REES SCULLY MANSUKHANI, LLP

By:/s/ Wing Yan Wong
　　Robert S. Larsen (No. 7785)
　　Wing Yan Wong (No. 13622)
　　300 So. Fourth Street, Suite 1550
　　Las Vegas, NV 89101
　　*Attorneys for Palm Hills HOA*

LAW OFFICES OF MICHAEL F. BOHN

By:/s/ Adam R. Trippiedi
　　Michael F. Bohn (No. 1641)
　　Adam R. Trippiedi (No. 12294)
　　2260 Corporate Circle, Suite 480
　　Henderson, NV 89074
　　*Attorneys for Saticoy Bay LLC*

**IT IS SO ORDERED**.

UNITED STATES DISTRICT COURT JUDGE
DATED: August 12, 2020

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. The foregoing has also been mailed via USPS First Class Mail as follows:

Absolute Collection Services, LLC
c/o Kelly Mitchell
6440 Sky Pointe Dr., Ste. 140-154
Las Vegas, Nevada  89131

DATED:  August 11, 2020.

*/s/ Lara J. Taylor*
An Employee of Snell & Wilmer L.L.P.